IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KENNETH S. GORDON, | ) | CV 13-00542 HG-BMK |
| LORALEE K.I. GORDON | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES FEDERAL | ) | |
| DISTRICT COURTS, STATE OF | ) | |
| HAWAII | ) | |
| Defendants. | | |

_____

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION (Doc. 9)

Findings and Recommendation having been filed and served on all parties on January 23, 2014, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C)

//

//

//

//

//

//

and Local Rule 74.2, the Findings and Recommendations (Doc. 9) are adopted as the opinion and order of this Court.

    IT IS SO ORDERED.

    Dated: February 6, 2014, Honolulu, Hawaii.



    /s/ Helen Gillmor

    Helen Gillmor
    United States District Judge